Kenneth W. Harper
Quinn N. Plant
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA 98902
509-575-0313
kharper@mjbe.com
qplant@mjbe.com

Attorneys for City of Goldendale

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH J. GOODPASTER and MARGORIE M. GOODPASTER, | ) <br> ) NO. CV-11-3089-LRS <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | ) <br> ) |
| CITY OF GOLDENDALE, a municipal corporation, | ) ORDER OF DISMISSAL <br> ) WITH PREJUDICE AND <br> ) WITHOUT COSTS <br> ) |
| Defendant. | ) <br> ) |
| CITY OF GOLDENDALE, a municipal corporation, | ) <br> ) <br> ) |
| Counterclaimant, | ) <br> ) |
| vs. | ) <br> ) |
| KENNETH J. GOODPASTER and MARGORIE M. GOODPASTER, husband and wife, ELDON H. ANDERSEN and JANE DOE ANDERSEN, husband and wife, | ) <br> ) <br> ) <br> ) <br> ) |

ORDER OF DISMISSAL - 1

| | |
|---|---|
| KENNETH L. ANDERSEN and JANE DOE ANDERSEN, husband and wife, MYRTLE A. MCDERMID and JOHN DOE MCDERMID, wife and husband, MYRTLE A. ANDERSEN and JOHN DOE ANDERSEN, wife and husband, CAROL L. FILLMAN and JOHN DOE FILLMAN, wife and husband, WASHINGTON FEDERAL, a federally chartered savings association, and JOHN DOES NOS. 1-10, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Counterdefendants. | ) |

Before this Court is the parties' stipulation of dismissal with prejudice and without costs or attorneys' fees to any party. (ECF No. 117). The Court has considered the stipulation and finds that the parties have so stipulated and agreed.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This case is DISMISSED, inclusive of the claims arising out of inverse condemnation, with prejudice and without an award of costs or attorneys' fees to any party.

The Clerk is directed to enter this order and forward copies to all counsel of record.

DATED THIS 2nd day of November, 2015.

*s/Lonny R. Suko*
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER OF DISMISSAL - 2

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351